Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14159−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Katherine A. Villaggio
   aka Katherine Anne Villaggio
   215 Evans Avenue
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−3016

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 28, 2024.


Dated: June 28, 2024
JAN: wiq

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Katherine A. Villaggio  
    Debtor

Case No. 24-14159-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jun 28, 2024      Form ID: plncf13      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katherine A. Villaggio, 215 Evans Avenue, Piscataway, NJ 08854-2937 |
| 520234710 | + | HESAA, Attn: Bankruptcy, Po Box 545, Trenton, NJ 08625-0545 |
| 520234713 | + | Mrc/united Wholesale/ Mr.Cooper, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520257891 | + | NJCLASS, POB 544, Trenton, NJ 08625-0544 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520234699 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 20:47:10 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520234701 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2024 20:47:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 520234700 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2024 20:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520234702 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2024 20:47:00 | Bank of America, Attn: Bankruptcy NC4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 520239628 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2024 20:47:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520234703 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2024 20:49:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 520234708 | | Email/Text: correspondence@credit-control.com | Jun 28 2024 20:49:00 | Credit Control LLc, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 520234704 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2024 21:32:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520234707 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:03:00 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520249023 | | Email/Text: mrdiscen@discover.com | Jun 28 2024 20:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520234709 | + | Email/Text: mrdiscen@discover.com | Jun 28 2024 20:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520234711 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2024 20:49:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520234706 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: plncf13 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 28 2024 21:03:10 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520234705 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2024 20:47:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 520271551 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 28 2024 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520234712 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2024 20:48:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520314319 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 21:01:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520312153 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2024 20:49:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520234714 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 21:14:38 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520271561 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Katherine A. Villaggio cullari@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4